

# BARTLO, HETTLER, WEISS & TRIPI

*Attorneys and Counselors at Law*

Paul D. Weiss
873-8833 Ext. 215
pweiss@bhwtlaw.com
(NOT FOR SERVICE)

**VIA THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM**

March 28, 2025

Hon. Leslie Foschio
Magistrate Judge
United States District Court for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

RE:     *Christopher Ryan v. Town of Tonawanda,*
        *Town of Tonawanda Police Dept., James Stauffiger*
        *Civil Case No. 23-CV-351LJV(F)*

Dear Judge Foschio:

Plaintiff's counsel has reviewed the Decision and Order of Hon. Leslie G. Foschio dated March 13, 2025, regarding Plaintiff's attorney's fees incurred relative to Plaintiff's Motion to Compel.

We respectfully submit that there was a transposition error in the Decision and Order.

In the Decision and Order,  a specific finding was made that "allowing for some inflation effect and taking into account Plaintiff's counsel's extensive litigation experience," a reasonable rate for counsel's time is $350/hour. See Decision and Order, Docket No. 26, p. 4.

However, later in the Decision and order at page 6, it apparently incorrectly lists the rate for Paul D. Weiss at $300/hour.   This transposition error results in a difference of $150.00, incorrectly listing the total in attorney's fees to be $2,895.00, rather than $3,045.00.

We thank the court for its attention to this matter.  Should you have any questions please feel free to contact the undersigned.

Very truly yours,

BARTLO, HETTLER, WEISS & TRIPI

Honorable Leslie Foschio
March 28, 2025
Page 2 of 2


By:     Paul D. Weiss

        Paul D. Weiss

PDW/ban

Copy to:      Paul Joyce, Esq. (via CM/ECF)
              Marc S. Smith, Esq. (via CM/ECF)
              Christopher Ryan